9.22.15

RE: In Re Shane Cain
     Case No. 12-15-00143-CR



REC'D IN COURT OF APPEALS
12th Court of Appeals District
SEP 25 2015
TYLER TEXAS
PAM ESTES, CLERK

Dear Clerk,

On June 1, 2015 I filed a petition for writ of mandamus in the above-styled Case No. As of this letter I have not heard anything on this. Will you please consider answering a question or 2 about this?

1) Is this petition still pending?,
2) Has the court ruled on this petition?
3) if so, what was the court decision?

Thank you for your time and reply.

Sincerely

Shane Cain

Shane Cain #537264
1697 FM 980
Huntsville, TX 77343